# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 08-3121

_____

| | | |
|---|---|---|
| Rudy Stanko, and similarly situated pre-trial detainees and prisoners, | * * * | |
| Appellant, | * * | |
| v. | * * | |
| Robert Patton, individually and in his official capacity as Director of Douglas County Corrections, aka, Chief Deputy of Corrections (See Inmate Rules and Information Handbook); Barbara Glazer, individually and in her official capacity as Education and Recreation Coordinator; John Heatley, Chaplin, individually and in his official capacity as an Appointee and Chaplain at Douglas County Correctional Center; John Does 1x through 5x, individually and in their official capacity; John Hubbard, individually and in his official capacity as Captain and Acting Director of Douglas County Corrections, | * * * * * * * * * * * * * * * * | Appeal from the United States District Court for the District of Nebraska. [UNPUBLISHED] |
| Appellees. | * * | |
| ----------------------------- | * * | |
| Rudy Stanko, individually and on behalf of similarly situated prisoners, | * * * | |
| Appellant, | * | |

```
                                    *
        v.                          *
                                    *
Unknown Sanchez, Sargent,           *
Individually and in his Official    *
Capacity as Supervisor; John Hubbard, *
Individually and in his Official    *
Capacity as Acting Director; Barb   *
Glazer, Individually and in her     *
Official Capacity as Scheduling     *
Supervisor; John Does 1x through 6x, *
Individually and in their Official  *
Capacities,                         *
                                    *
        Appellees.                  *
```

_____

Submitted:  December 22, 2009
Filed:  December 29, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rudy Stanko appeals from the District Court's[1] order granting defendants' motions for summary judgment in two civil rights actions that Stanko filed while he was confined as a pretrial detainee at the Douglas County Corrections Center in Omaha, Nebraska.  Having reviewed the summary judgment decision de novo, see Patel v. U.S. Bureau of Prisons, 515 F.3d 807, 812 (8th Cir. 2008), and having considered all of Stanko's arguments on appeal, we find no basis for reversal. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.